NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Granite Rock Company, | NO. C 04-02767 JW |
| Plaintiff(s), | |
| v. | **JUDGMENT** |
| Teamsters Local 287, | |
| Defendant(s). | |

In this labor dispute between Plaintiff Granite Rock Company ("Granite Rock") and Defendant International brotherhood of Teamsters, Freight, Construction, General Drivers, Warehousemen And Helpers, Local 287 ("Union"), Granite Rock sought a temporary restraining order prohibiting the Union from continuing its strike. The Court conducted a hearing on July 26, 2004, at which time the Court ordered the trial of the action on the merits to be advanced and consolidated with the hearing on the application pursuant to Rule 65(a)(2), Fed.R.Civ.P.

During the trial on the merits the parties questioned two witnesses: Mr. Woolpert of Granite Rock, and Mr. Netto of the Union. The Court thereafter stated findings of fact and conclusions of law on the record. In accordance with those findings of fact and conclusions of law, the Court enters

judgment in favor of the Union and against Granite Rock. The Clerk shall close the file.

Dated: July 26, 2004 /s/James Ware
04cv2767.jud JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Sam Levins alevins@littler.com
Deborah Rice drice@littler.com
Duane B. Beeson dbeeson@beesontayer.com


**Dated: July 26, 2004**                                   **Richard W. Wieking, Clerk**

                                                                **By:_/s/ Jw Chambers_____**
                                                                    **Ronald L. Davis**
                                                                    **Courtroom Deputy**