1
2
3
4
5
6
7              IN THE UNITED STATES DISTRICT COURT
8            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9                       SAN JOSE DIVISION

10  Granite Rock Company,                    NO. C 04-02767 JW
11           Plaintiff(s),                   **ORDER SCHEDULING TRIAL SETTING CONFERENCE**
        v.
12
13  International Brotherhood of Teamsters,
    Freight, Construction, General Drivers,
14  Warehousemen and Helpers, Local No. 287,
15           Defendant(s).
                                          /

16      In light of the Court's July 18, 2005 Order Denying Defendant's Motion for Judgment on the

17 Pleadings, or, in the Alternative, For a Stay Pending Arbitration, a trial setting conference will be held

18 in this case on September 19, 2005.  The parties shall meet and confer and submit a joint statement

19 pursuant to Civil L.R. 16-10(d) no later than September 2, 2005.

20

21 Dated: July 20, 2005                        /s/ James Ware
                                              JAMES WARE
22                                            United States District Judge

23
24
25
26
27
28

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alan Sam Levins alevins@littler.com
Deborah Rice drice@littler.com
Duane B. Beeson dbeeson@beesontayer.com
Gabriel Saul Levine glevine@littler.com
Philip Paturzo ppaturzo@littler.com

**Dated: July 20, 2005**                                      **Richard W. Wieking, Clerk**

                                                                            **By: /jwchambers/**
                                                                                **Ronald L. Davis**
                                                                                **Courtroom Deputy**

**United States District Court**
For the Northern District of California