**\*E-FILED\***
**February 9, 2006**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE ROCK COMPANY, | No. C 04-02767 JW (RS) |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING SETTLEMENT CONFERENCE** |
| TEAMSTERS LOCAL 287, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

At the request of the parties, and good cause appearing,

IT IS HEREBY ORDERED that the settlement conference scheduled for **March 20, 2006** in Courtroom 4, Fifth Floor, 280 South First Street, San Jose, California has been rescheduled to **March 21, 2006 at 9:30 a.m**.

Counsel who will try the case shall appear at the settlement conference with the parties and with the person or persons having full authority to negotiate and to settle the case. Settlement conference statements, if not previously submitted, are due seven (7) days prior to the settlement conference. All other provisions of this Court's Order dated September 27, 2005 shall remain in effect.

1    The parties shall notify Magistrate Judge Seeborg's chambers **immediately** if this case settles
2    prior to the date set for settlement conference.

4    Dated:   February 9, 2006

     _____
     RICHARD SEEBORG
     United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Alan Sam Levins, Esq.
Email: alevins@littler.com

Duane B. Beeson, Esq.
Email: dbeeson@beesontayer.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

Dated: February 9, 2006

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:    /s/ *BAK*