DUANE B. BEESON, SBN 20215
LISA W. PAU, SBN 201114
BEESON, TAYER & BODINE, PC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: (510) 625-9700
Facsimile: (510) 625-8275
Email: dbeeson@beesontayer.com

Attorneys for Defendant
Teamsters Local 287

ALAN S. LEVINS, SBN 057612
LITTLER MENDELSON, PC
650 California Street, 20th Floor
San Francisco, CA 94108
Telephone: (415) 433-1940
Facsimile: (415) 399-8490
Email: alevins@littler.com

Attorneys for Plaintiff
Granite Rock Company

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>    Plaintiff,<br><br> v.<br><br>TEAMSTERS LOCAL 287 and<br>INTERNATIONAL BROTHERHOOD<br>OF TEAMSTERS,<br><br>    Defendants. | Case No. C-04-2767 JW<br><br>**STIPULATION AND [PROPOSED] ORDER**<br><br>No Hearing Scheduled |

It is hereby stipulated by and between Plaintiff Granite Rock Company and Defendant

Teamsters Local 287 that, for the reasons stated in their Application of March 9, 2006, the

/ / /

/ / /

---

STIPULATION AND [PROPOSED] ORDER
Case No. C-04-2767 JW
39445.doc

1

1 existing Pre-Trial Scheduling Order issued on November 9, 2005, may be temporarily vacated,
2 as of March 9, 2006, subject to further Order of the Court.

4 Dated: March 9, 2006     BEESON, TAYER & BODINE, PC

By:     /s/Duane B. Beeson
DUANE B. BEESON
Attorneys for Defendant Teamsters Local 287

8 Dated: March 9, 2006     LITTLER MENDELSON, PC

By:     /s/Alan S. Levins
ALAN S. LEVINS
Attorneys for Plaintiff Granite Rock Company

IT IS SO ORDERED.

Dated: March 13, 2006

United States District Court Judge

STIPULATION AND [PROPOSED] ORDER
Case No. C-04-2767 JW
39445.doc

2