IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>  Plaintiff,<br><br>  v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, FREIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL 287; INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>  Defendants. | Case No. 5:04-cv-02767-JW<br><br>[PROPOSED] ORDER GRANTING DEFENDANT INTERNATIONAL BROTHERHOOD OF TEAMSTERS' MOTION TO VACATE TRIAL DATE AND RELATED DEADLINES AND TO STAY DISCOVERY<br><br>Date: March 20, 2006<br>Time: 9:00 a.m.<br>Place: Department 8<br>Judge: Hon. James Ware |

Good cause appearing, the Court hearby approves Defendant International Brotherhood of Teamsters' Motion to Vacate Trial Date and Related Deadlines and to Stay Discovery. It is hereby ORDERED:

1. The April 11, 2006 trial date is vacated.

2. All pretrial deadlines, including deadlines set forth in the Court's November 9, 2005 Order to Continue Dates, are vacated.

3. All discovery in this matter that could properly have been pursued in a timely as of March 7, 2006 shall be stayed pending further order of this Court.

4. After the pleadings in this matter are settled, the Court will conduct a case management conference to establish a new discovery and trial schedule on June 12, 2006 at 10:00 a.m.

[PROPOSED] ORDER GRANTING DEF IBT'S MTN TO VACATE TRIAL DATE – Case No. 5:04-cv-02767-JW

1

The parties shall file an updated joint case management statement no later than June 2, 2006.

1 | **IT IS SO ORDERED**.

2 | Dated: __March 13, 2006___

_____
THE HONORABLE JAMES WARE
UNITED STATES COURT DISTRICT JUDGE

F:\50200\Granite Rock\Pleadings\Proposed Order re Vacate Trial Date.Final.wpd

[PROPOSED] ORDER GRANTING DEF IBT'S MTN TO VACATE TRIAL DATE
– Case No. 5:04-cv-02767-JW

2