GARRY G. MATHIASON, Bar No. 051119
ALAN S. LEVINS, Bar No. 057612
ADAM J. PETERS, Bar No. 230812
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: alevins@littler.com

*E-FILED 3/17/06*

Attorneys for Plaintiff
GRANITE ROCK COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, FREIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL 287; INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Defendants. | Case No. C 04 2767 JW<br><br>**STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFF GRANITE ROCK'S MOTION TO COMPEL ENFORCEMENT OF THE SUBPOENA OF ROME ALOISE'S EXPENSE REPORTS WITHOUT PREJUDICE TO PLAINTIFF'S RIGHT TO RE-FILE SUCH MOTION**<br><br>[Civil L.R. 7-7, 7-12]<br><br>Date:       March 29, 2006<br>Time:      9:30 a.m.<br>Place:      Courtroom 4, 5th Floor<br>Judge:     Hon. Richard Seeborg<br>Trial Date: April 11, 2006 |

**CASE NO. C 04-2767 JW**

**STIPULATION RE WITHDRAWAL OF MOTION TO COMPEL ENFORCEMENT OF ALOISE SUBPOENA**

On March 10, 2006, Plaintiff Granite Rock Company ("Granite Rock") filed a motion to compel enforcement of a subpoena for Rome Aloise's expense reports. Pursuant to a motion to shorten time, the Court scheduled the hearing on this motion for March 29, 2006.

Subsequently, on March 14, 2006, the Court granted Defendant International Brotherhood of Teamsters' motion to vacate the April 11, 2006 trial date and all pretrial deadlines in this case and to stay discovery that could have been pursued in a timely manner as of March 7, 2006.

After this order was issued, counsel for Defendant International Brotherhood of Teamsters ("IBT") requested Plaintiff Granite Rock to take all pending discovery motions off calendar. Plaintiff Granite Rock informed IBT that Plaintiff did not believe the stay applied to the discovery motions, but stated it would take the motion to compel enforcement of the Aloise subpoena off calendar as a courtesy to IBT. Defendant IBT agreed that Plaintiff Granite Rock could withdraw the Aloise motion without prejudice to re-filing the motion, if necessary, after the discovery stay is lifted. Duane Beeson, counsel for Defendant Teamsters Local 287, also agreed that Granite Rock could withdraw the motion to compel without prejudice to re-filing the motion.

Accordingly, the parties HEREBY AGREE AND STIPULATE that Plaintiff Granite Rock's Motion to Compel Enforcement of the Subpoena of Rome Aloise's Expense Reports is withdrawn without prejudice to Granite Rock's right to re-file such motion after the stay of discovery is lifted. Such motion shall be taken off calendar and will not be heard by Magistrate Judge Seeborg on March 29, 2006. The parties respectfully request the Court to so order.

CASE NO. C 04-2767 JW

**STIPULATION RE WITHDRAWAL OF MOTION TO COMPEL ENFORCEMENT OF ALOISE SUBPOENA**

| | |
|---|---|
| 1 | IT IS SO STIPULATED. |
| 2 | Dated: March 17, 2006 |
| 3 | |
| 4 | _____ |
|   | KIMBERLY L. OWENS |
| 5 | LITTLER MENDELSON |
|   | A Professional Corporation |
| 6 | Attorneys for Plaintiff |
|   | GRANITE ROCK COMPANY |
| 7 | |
|   | Dated: March ____, 2006 |
| 8 | |
| 9 | |
| 10 | _____ |
|    | DUANE B. BEESON |
|    | BEESON, TAYER & BODINE |
| 11 | Attorneys for Defendant |
|    | TEAMSTERS LOCAL 287 |
| 12 | |
|    | Dated: March ____, 2006 |
| 13 | |
| 14 | |
| 15 | _____ |
|    | REBEKAH B. EVENSON |
|    | ALTSHULER, BERZON, NUSSBAUM, |
| 16 | RUBIN & DEMAIN |
|    | Attorneys for Defendant |
| 17 | INTERNATIONAL BROTHERHOOD OF |
|    | TEAMSTERS |
| 18 | |
|    | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 19 | |
| 20 | |
| 21 | |
|    | Dated: March ____, 2006 |
| 22 | _____ |
|    | THE HONORABLE RICHARD SEEBORG |
|    | United States District Magistrate Judge |
| 23 | |
| 24 | |
| 25 | Firmwide:80911730.1 001511.1075 |
| 26 | |
| 27 | |
| 28 | |

2.

**STIPULATION RE WITHDRAWAL OF MOTION TO COMPEL ENFORCEMENT OF ALOISE SUBPOENA**

1 | IT IS SO STIPULATED.

2 | Dated: March ____, 2006

3

4

5 | KIMBERLY L. OWENS
LITTLER MENDELSON
A Professional Corporation
6 | Attorneys for Plaintiff
GRANITE ROCK COMPANY

7 | Dated: March 17, 2006

8

9

*[signature: Duane B. Beeson]*

10 | DUANE B. BEESON
BEESON, TAYER & BODINE
11 | Attorneys for Defendant
TEAMSTERS LOCAL 287

12 | Dated: March ____, 2006

13

14

15 | REBEKAH B. EVENSON
ALTSHULER, BERZON, NUSSBAUM,
16 | RUBIN & DEMAIN
Attorneys for Defendant
17 | INTERNATIONAL BROTHERHOOD OF
TEAMSTERS

18 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

19

20

21 | Dated: March ____, 2006

22 | THE HONORABLE RICHARD SEEBORG
United States District Magistrate Judge

23

24

25 | Firmwide:80911730.1 001511.1075

26

27

28

2.

**STIPULATION RE WITHDRAWAL OF MOTION TO COMPEL ENFORCEMENT OF ALOISE SUBPOENA**

IT IS SO STIPULATED.

Dated: March ____, 2006

_____
KIMBERLY L. OWENS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Plaintiff
GRANITE ROCK COMPANY

Dated: March ____, 2006

_____
DUANE B. BEESON
BEESON, TAYER & BODINE
Attorneys for Defendant
TEAMSTERS LOCAL 287

Dated: March 16, 2006

_____
REBEKAH B. EVENSON
ALTSHULER, BERZON, NUSSBAUM,
RUBIN & DEMAIN
Attorneys for Defendant
INTERNATIONAL BROTHERHOOD OF
TEAMSTERS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: March 17, 2006

_____
THE HONORABLE RICHARD SEEBORG
United States District Magistrate Judge

Firmwide:80911730.1 001511.1075

2.

STIPULATION RE WITHDRAWAL OF MOTION TO COMPEL ENFORCEMENT OF ALOISE SUBPOENA