**IT IS SO ORDERED**
*James Ware*
Judge James Ware

| | |
|---|---|
| 1 | DUANE B. BEESON, SBN 20215 |
| | LISA W. PAU, SBN 201114 |
| 2 | BEESON, TAYER & BODINE, PC |
| | 1404 Franklin Street, 5th Floor |
| 3 | Oakland, CA 94612 |
| | Telephone: (510) 625-9700 |
| 4 | Facsimile: (510) 625-8275 |
| | Email: dbeeson@beesontayer.com |
| 5 | |
| | Attorneys for Defendant |
| 6 | Teamsters Local 287 |
| 7 | PETER NUSSBAUM, ESQ. |
| | ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN |
| 8 | 177 Post Street, Suite 300 |
| | San Francisco, CA 94108 |
| 9 | Telephone: (415) 421-7151 |
| | Facsimile: (415) 362-8064 |
| 10 | Email: pnussbaum@altshulerberzon.com |
| 11 | Attorneys for Defendant |
| | International Brotherhood of Teamsters |
| 12 | |
| 13 | ALAN S. LEVINS, SBN 057612 |
| | LITTLER MENDELSON, PC |
| | 650 California Street, 20th Floor |
| 14 | San Francisco, CA 94108 |
| | Telephone: (415) 433-1940 |
| 15 | Facsimile: (415) 399-8490 |
| | Email: alevins@littler.com |
| 16 | |
| | Attorneys for Plaintiff |
| 17 | Granite Rock Company |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GRANITE ROCK COMPANY, | | Case No. C-04-2767 JW |
| | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER AMENDING SCHEDULE FOR FILING MOTIONS** |
| v. | | |
| TEAMSTERS LOCAL 287 and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | | No Hearing Scheduled |
| | Defendants. | |

At the request of counsel for Defendant Teamsters Local 287, the parties hereby stipulate that the schedule for filing motion papers agreed upon at the Case Management Conference, on June 12, 2005, and adopted by the Court in its Civil Minutes of the same date, be modified by extending the time for Defendant Local 287 for filing its opening motion papers from July 10, 2006, to July 17, 2006, and extending Plaintiff's time to filing its opposition to said motion papers from August 7, 2006 until August 17, 2006. All other scheduled dates, including the hearing date on said motions, are unaffected by the foregoing modification.

Dated: June 23, 2006

BEESON, TAYER & BODINE, PC

By: _____
DUANE B. BEESON
Attorneys for Defendant Teamsters Local 287

Dated: June 2?, 2006

LITTLER MENDELSON, PC

By: _____
ALAN S. LEVINS
Attorneys for Plaintiff Granite Rock Company

Dated: June 2?, 2006

ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN

By: _____
PETER NUSSBAUM
Attorneys for International Brotherhood of Teamsters

IT IS SO ORDERED.

Dated: 07/06/06 _____
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER AMENDED SCHEDULE FOR FILING MOTIONS
Case No. C-04-2767 JW
43332.doc

2