GARRY G. MATHIASON, Bar No. 051119
ALAN S. LEVINS, Bar No. 057612
ADAM J. PETERS, Bar No. 230812
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON, P.C.
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: alevins@littler.com

Attorneys for Plaintiff
GRANITE ROCK COMPANY

DUANE B. BEESON, Bar No. 20215
LISA PAU, Bar No. 201114
BEESON, TAYER & BODINE, APC
1404 Franklin Street, 5th Floor
Oakland, CA 94612
Telephone: 510.625.9700
Facsimile: 510.625.8275
E-mail: lpau@beesontayer.com

Attorneys for Defendant
TEAMSTERS LOCAL 287

STEPHAN BERZON, Bar No. 46540
PETER D. NUSSBAUM, Bar No. 49682
REBEKAH B. EVANSON, Bar No. 207825
PEDER J. THOREEN, Bar No. 217081
ALTSHULER, BERZON, NUSSBAUM, RUBIN & DEMAIN
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: 415.421.7151
Facsimile: 415.362.8064
E-mail: pnussbaum@altshulerberzon.com

Attorneys for Defendant
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. C 04 2767 JW [ECF]

STIPULATION AND (PROPOSED) ORDER RE THE 09/11/06 CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, FREIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMAN AND HELPERS, LOCAL 287; INTERNATIONAL BROTHERHOOD OF TEAMSTERS<br><br>Defendants. | Case No.  C 04 2767 JW [ECF]<br><br>STIPULATION AND ~~(PROPOSED)~~ ORDER REGARDING THE SEPTEMBER 11, 2006 CASE MANAGEMENT CONFERENCE |

Plaintiff Granite Rock Company, Defendant Teamsters Local 287 and Defendant International Brotherhood of Teamsters jointly submit this Stipulation and (Proposed) Order Regarding the September 11, 2006 Case Management Conference. At the case management conference on June 12, 2006, the Court informed the parties that they need not file an additional case management conference statement. Accordingly, the parties hereby agree and stipulate that no new case management conference statement will be filed in the above-captioned matter with respect to the further case management conference set for September 11, 2006 at 10:00 a.m.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. C 04 2767 JW [ECF]                    2.
STIPULATION AND (PROPOSED) ORDER RE THE 09/11/06 CASE MANAGEMENT CONFERENCE

1  IT IS SO STIPULATED:

2

3

4  Dated: August 23, 2006              /s/ Alan S. Levins
                                       ALAN S. LEVINS
5                                      LITTLER MENDELSON
                                       A Professional Corporation
6                                      Attorneys for Plaintiff
                                       GRANITE ROCK COMPANY

7

8  Dated: August 23, 2006              /s/ Lisa Pau
                                       LISA PAU
9                                      BEESON, TAYER & BODINE
                                       Attorney for Defendant
10                                     TEAMSTERS LOCAL 287

11

12 Dated: August 23, 2006              /s/ Peter D. Nussbaum
                                       PETER D. NUSSBAUM
13                                     ALTSHULER, BERZON, NUSSBAUM,
                                       RUBIN & DEMAIN
14                                     Attorneys for Defendant
                                       INTERNATIONAL BROTHERHOOD OF
15                                     TEAMSTERS

16

17 PURSUANT TO STIPULATION, IT IS SO ORDERED:

18

19

20 Dated: August 28, 2006

21

22                                     _____
                                       THE HONORABLE JAMES WARE
23                                     United States District Judge

24

   Firmwide:81410524.1 001511.1075
25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. C 04 2767 JW [ECF]                   3.

STIPULATION AND (PROPOSED) ORDER RE THE 09/11/06 CASE MANAGEMENT CONFERENCE