**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Granite Rock Company, | NO. C 04-02767 JW |
| Plaintiff, | **INTERLOCUTORY JUDGMENT** |
| v. | |
| International Brotherhood of Teamsters, Freight C, et al., | |
| Defendants. | |

Pursuant to the Court's October 5, 2006 Order Granting Defendant International Brotherhood of Teamsters' Motion to Dismiss With Prejudice, judgment is entered in favor of Defendant International Brotherhood of Teamsters, against Plaintiff Granite Rock Company.

Dated: October 5, 2006

JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Adam James Peters apeters@littler.com
Alan Sam Levins alevins@littler.com
3  Duane B. Beeson dbeeson@beesontayer.com
Kimberly Lynn Owens kowens@littler.com
4  Lisa W. Pau lpau@beesontayer.com
Peter D. Nussbaum pnussbaum@altshulerberzon.com
5  Rebekah B. Evenson revenson@altshulerberzon.com

7  **Dated: October 5, 2006**                    **Richard W. Wieking, Clerk**

                                                **By:  /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**