IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Granite Rock Company, | NO. C 04-02767 JW |
|       Plaintiff, | **FINAL JUDGMENT AND** |
|   v. | **CERTIFICATE OF APPEALABILITY** |
| International Brotherhood of Teamsters, Local 287, et al., | |
|       Defendants. | |
|                                  / | |

Pursuant to the Court's December 13, 2006 Order Certifying Appeal Pursuant to Rule 54(b) (see Docket Item No. 212), the Court enters final judgment in favor of Defendant International Brotherhood of Teamster, and against Plaintiff Granite Rock Company. The Court certifies for appeal the case between Plaintiff Granite Rock and Defendant International Brotherhood of Teamsters.

Dated: December 18, 2006

                                            JAMES WARE
                                            United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam James Peters apeters@littler.com
Alan Sam Levins alevins@littler.com
Duane B. Beeson dbeeson@beesontayer.com
Kimberly Lynn Owens kowens@littler.com
Lisa W. Pau lpau@beesontayer.com
Peder J. Thoreen pthoreen@altshulerberzon.com
Peter D. Nussbaum pnussbaum@altshulerberzon.com
Rebekah B. Evenson revenson@altshulerberzon.com

**Dated:  December 18, 2006**                              **Richard W. Wieking, Clerk**

                                                           **By:   /s/ JW Chambers**
                                                                   **Elizabeth Garcia**
                                                                   **Courtroom Deputy**

**United States District Court**
For the Northern District of California