1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

Granite Rock Company,                                    No. C 04-02767 JW

       Plaintiff,                              **ORDER RESCHEDULING HEARING ON**
                                                         **DEFENDANT'S MOTION TO COMPEL**
  v.                                                  **ARBITRATION**

Local Union No. 287,

       Defendant.

_____/

     On the Court's own motion, the hearing on Defendant's Motion to Compel Arbitration currently set for January 22, 2007 is rescheduled to **January 29, 2007 at 9 A.M.**

Dated:  January 9, 2007

_____
JAMES WARE
United States District Judge

**United States District Court**
For the Northern District of California

1

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2   Adam James Peters apeters@littler.com
    Alan Sam Levins alevins@littler.com
3   Duane B. Beeson dbeeson@beesontayer.com
    Kimberly Lynn Owens kowens@littler.com
4   Lisa W. Pau lpau@beesontayer.com
    Peder J. Thoreen pthoreen@altshulerberzon.com
5   Peter D. Nussbaum pnussbaum@altshulerberzon.com
    Rebekah B. Evenson revenson@altshulerberzon.com

6

7   **Dated:  January 9, 2007**                              **Richard W. Wieking, Clerk**

8

9                                                            **By:    /s/ JW Chambers        **
                                                                  **Elizabeth Garcia**
10                                                                **Courtroom Deputy**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2