# LITTLER MENDELSON®
A PROFESSIONAL CORPORATION

ARIZONA

CALIFORNIA

December 22, 2006

Alan S. Levins
Direct: 415.677.3156
Direct Fax: 415.399.8447
alevins@littler.com

COLORADO

DISTRICT OF COLUMBIA

The Honorable James Ware
United States District Court, Northern District of California
San Jose Division
Courtroom 8, 4th Floor
280 South 1st Street
San Jose, CA 95113

GEORGIA

Re:   *Granite Rock v. Teamsters Local 287 & International Brotherhood of Teamsters*,
      District Court Case No. C 04 2767 JW

ILLINOIS

Dear Judge Ware:

The Court's December 13 Order Certifying Appeal Pursuant to Rule 54(b) found "the issue to be appealed is legally and factually severable from the remainder of the case still pending before the Court." (Order, p. 3:13-14.) The Court also found that, absent entry of a final and appealable judgment, "not only would Plaintiff suffer prejudice due to lengthy delay, but the interest of judicial economy would not be furthered." (Order, p. 4:6-7.) The Court granted Plaintiff's motion to certify under Rule 54(b) the order dismissing Defendant International Brotherhood of Teamsters.

MINNESOTA

NEVADA

NEW JERSEY

Subsequently, on December 18, the Court entered a Final Judgment and Certificate of Appealability. Although the Court determined in its December 13 Order that there was no just reason for delay, these words were not included in the final judgment. Plaintiff believes the final judgment is sufficient to allow an immediate appeal in light of the Court's express determinations in the December 13 Order. However, to err on the side of caution, Plaintiff is submitting the attached [Proposed] Amended Final Judgment and Certificate of Appealability that includes a statement that the "Court has expressly determined there is no just reason for delay." *See* Goelz & Watts, *California Practice Guide: Ninth Circuit Civil Appellate Practice* (Rutter 2006), § 2:122 ("'Magic language' required: The district court's order must include an '*express* determination that there is *no just reason for delay*.'") (citing *Natl. Assoc. of Home Builders v. Norton*, 325 F.3d 1165, 1167 (9th Cir. 2003); *Frank Briscoe Co., Inc. v. Morrison-Knudsen Co., Inc.*, 776 F.2d 1414, 1416 (9th Cir. 1985)).

NEW YORK

OHIO

PENNSYLVANIA

TEXAS

WASHINGTON

THE NATIONAL EMPLOYMENT & LABOR LAW FIRM ℠

650 California Street, 20th Floor, San Francisco, California 94108.2693  Tel: 415.433.1940  Fax: 415.399.8490  www.littler.com

The Honorable James Ware
December 22, 2006
Page 2

Thank you for your consideration of the [Proposed] Amended Final Judgment and Certificate of Appealability.

Very truly yours,

Alan S. Levins

ASL/lml
cc:  Peter Nussbaum, Esq., Counsel for International Brotherhood of Teamsters (via electronic filing)
     Duane Beeson, Esq., Counsel for Teamsters Local 287 (via electronic filing)

Firmwide:81820227.1 001511.1075

GARRY G. MATHIASON, Bar No. 51119
ALAN S. LEVINS, Bar No. 57612
ADAM J. PETERS, Bar No. 230812
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
E-mail: alevins@littler.com

Attorneys for Plaintiff
GRANITE ROCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>                     Plaintiff,<br><br>          v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, FREIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL 287; and INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>                     Defendants. | Case No.  C 04 2767 JW<br><br>[PROPOSED] AMENDED FINAL JUDGMENT AND CERTIFICATE OF APPEALABILITY |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

CASE NO. C 04 2767 JW

[PROPOSED] AMENDED FINAL JUDGMENT AND CERTIFICATE OF APPEALABILITY

Pursuant to the Court's December 13, 2006 Order Certifying Appeal Pursuant to Rule 54(b) (see Docket Item No. 212), the Court enters final judgment in favor of Defendant International Brotherhood of Teamster, and against Plaintiff Granite Rock Company.

For the reasons stated in the Court's December 13, 2006 Order, the Court has expressly determined there is no just reason for delay. Therefore, the Court certifies for appeal the case between Plaintiff Granite Rock and Defendant International Brotherhood of Teamsters.

Dated: __January 12 2007___

_____
The Honorable James Ware
United States District Judge

Firmwide:81810815.1 001511.1075

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. C 04 2767 JW        1.        [PROPOSED] AMENDED FINAL JUDGMENT AND CERTIFICATE OF APPEALABILITY