GARRY G. MATHIASON, Bar No. 51119
ALAN S. LEVINS, Bar No. 57612
ADAM J. PETERS, Bar No. 230812
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:   415.433.1940
Facsimile:   415.399.8490
E-mail: alevins@littler.com

Attorneys for Plaintiff
GRANITE ROCK COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, FREIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMEN AND HELPERS, LOCAL 287; and INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>　　　　　　Defendants. | Case No. C 04 2767 JW<br><br>[PROPOSED] AMENDED FINAL JUDGMENT AND CERTIFICATE OF APPEALABILITY |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

CASE NO. C 04 2767 JW

[PROPOSED] AMENDED FINAL JUDGMENT AND CERTIFICATE OF APPEALABILITY

Pursuant to the Court's December 13, 2006 Order Certifying Appeal Pursuant to Rule 54(b) (see Docket Item No. 212), the Court enters final judgment in favor of Defendant International Brotherhood of Teamster, and against Plaintiff Granite Rock Company.

For the reasons stated in the Court's December 13, 2006 Order, the Court has expressly determined there is no just reason for delay. Therefore, the Court certifies for appeal the case between Plaintiff Granite Rock and Defendant International Brotherhood of Teamsters.

Dated: __January 12  2007___

_____
The Honorable James Ware
United States District Judge

Firmwide:81810815.1 001511.1075

---

CASE NO. C 04 2767 JW | 1. | [PROPOSED] AMENDED FINAL JUDGMENT AND CERTIFICATE OF APPEALABILITY

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940