GARRY G. MATHIASON, Bar No. 51119
ALAN S. LEVINS, Bar No. 57612
ADAM J. PETERS, Bar No. 230812
KIMBERLY L. OWENS, Bar No. 233185
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490

Attorneys for Plaintiff
GRANITE ROCK COMPANY

**GRANTED**
Judge James Ware
2/26/2007

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS, FREIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMAN AND HELPERS, LOCAL 287 (AFL-CIO),<br><br>Defendant. | Case No. C 04 2767 JW<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DISCLOSURE OF PLAINTIFF'S REBUTTAL EXPERT WITNESS**<br><br>[N.D. L.R. 6-1(a); Fed R. Civ. P. 26(a)(2)(C)] |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO EXTEND DEADLINE
TO COMPLETE EXPERT WITNESS
DISCLOSURES

Case No. C 04 2767 JW

1   Pursuant to Northern District Local Rule 6-1(a), and discussion on February 22, 2007,
2   between counsel for Plaintiff Granite Rock Company ("Granite Rock") and counsel for Defendant
3   Teamsters Local 287 ("Local 287"), the parties hereby stipulate that the deadline for Granite Rock's
4   disclosure of its expert witness for purposes of rebuttal of Local 287's disclosed expert witness, as
5   required by Rule 26(a)(2) of the Federal Rules of Civil Procedures, is extended. Pursuant to this
6   stipulation, such disclosure shall be made no less than five (5) weeks prior to the applicable,
7   scheduled date of trial in this matter. Nothing in this Stipulation shall prejudice the right of either
8   party to take the deposition of the other parties' expert witness.
9   IT IS SO STIPULATED:

12  Dated: February 22, 2007

ALAN S. LEVINS
LITTLER MENDELSON
A Professional Corporation
Attorneys for Plaintiff
GRANITE ROCK COMPANY

17  Dated: February 22, 2007

DUANE B. BEESON
BEESON, TAYER & BODINE
Attorney for Defendant
TEAMSTERS LOCAL 287

Firmwide:82071946.1 001511.1075

STIPULATION TO EXTEND DEADLINE
TO COMPLETE EXPERT WITNESS       2.
DISCLOSURES

Case No. C 04 2767 JW