**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Granite Rock Company, | NO. C 04-02767 JW |
| Plaintiff, | **ORDER DENYING JOINT STIPULATION TO STAY PROCEEDINGS** |
| v. | |
| Teamsters Local 287, | |
| Defendant. | |

On February 27, 2007, the parties filed a joint stipulation to stay proceedings in this Court pending the Ninth Circuit's rulings on Plaintiff's current appeal of the Court's October 5, 2006 Order and Defendant's anticipated appeal of the Court's February 16, 2007 Order. (See Docket Item No. 233.) The Court DENIES the joint stipulation. Trial in this case will proceed as previously scheduled. The parties shall file their joint pretrial conference statement and motions in limine within five business days of the date of this Order.

Dated: March 8, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam James Peters apeters@littler.com
Alan Sam Levins alevins@littler.com
Duane B. Beeson dbeeson@beesontayer.com
Kimberly Lynn Owens kowens@littler.com
Lisa W. Pau lpau@beesontayer.com
Peder J. Thoreen pthoreen@altshulerberzon.com
Peter D. Nussbaum pnussbaum@altshulerberzon.com
Rebekah B. Evenson revenson@altshulerberzon.com

**Dated:  March 8, 2007**                               **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers
                                                              Elizabeth Garcia
                                                              Courtroom Deputy**

**United States District Court**
For the Northern District of California