1  DUANE B. BEESON, SBN 20215
   LISA W. PAU, SBN 201114
2  BEESON, TAYER & BODINE, PC
   1404 Franklin Street, 5th Floor
3  Oakland, CA  94612
   Telephone:  (510) 625-9700
4  Facsimile:   (510) 625-8275
   Email:       dbeeson@beesontayer.com
5
   Attorneys for Defendant
6  Teamsters Local 287

7  ALAN S. LEVINS, SBN 057612
   LITTLER MENDELSON, PC
8  650 California Street, 20th Floor
   San Francisco, CA  94108
9  Telephone:  (415) 433-1940
   Facsimile:   (415) 399-8490
10 Email:       alevins@littler.com

11 Attorneys for Plaintiff
   Granite Rock Company
12

13

14
                    **UNITED STATES DISTRICT COURT**
15
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
16

17 | GRANITE ROCK COMPANY, | Case No. C-04-2767 JW |
18 | Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING PRE-TRIAL CONFERENCE STATEMENT AND IN LIMINE MOTIONS** |
19 | v. | |
20 | TEAMSTERS LOCAL 287 and INTERNATIONAL BROTHERHOOD OF TEAMSTERS, | Trial Date:  April 24, 2007 |
21 | | |
22 | Defendants. | |

23

24

25

26

27

28
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING PRE-TRIAL
CONFERENCE STATEMENT AND IN LIMINE MOTIONS
Case No. C-04-2767 JW
57993.doc

1  IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES, for the reasons
2 stated in the Joint Declaration of Counsel for both parties submitted herewith, that subject to the
3 Court's disposition of the pending Joint Stipulation for a Stay of Proceedings in this case, the
4 time for filing the Joint Pretrial Conference Statement and In Limine Motions shall be extended
5 to five (5) Court days following the Court's disposition of the pending Joint Stipulation for a
6 Stay.
7  Executed this 7th day of March, 2007, in San Francisco, California (by counsel for
8 Plaintiff) and in Oakland, California (by counsel for Defendant).

9 LITTLER MENDELSON, PC              BEESON, TAYER & BODINE, PC

11 ____/s/Alan S. Levins____           ____/s/Duane B. Beeson____
ALAN S. LEVINS                     DUANE B. BEESON
12 Attorneys for Plaintiff              Attorneys for Defendant

15 IT IS SO ORDERED.

17 _____
JAMES WARE
18 United States District Court Judge

20 Dated:  3/8/2007

28 _____
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR FILING PRE-TRIAL
CONFERENCE STATEMENT AND IN LIMINE MOTIONS
Case No. C-04-2767 JW
57993.doc