IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Granite Rock Company, | NO. C 04-02767 JW |
| Plaintiff, | **ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO DEFENDANT'S EXHIBITS NOS. 2001, 2002** |
| v. | |
| International Brotherhood of Teamsters, Freight, Construction, General Drivers, Warehouseman and Helpers, Local 287, | |
| Defendant. | |

Presently before the Court are Plaintiff's Objections to Defendant's Exhibit Nos. 2001 (Section 27 of the Bylaws of Defendant Teamsters Local 287, adopted December 9, 1997) and 2002 (Constitution of the International Brotherhood of Teamsters, Art. XII, Sec. 1.) The Court finds that both of Defendant's exhibits are relevant pursuant to Federal Rule of Evidence 401. Accordingly, Plaintiff's objections are OVERRULED.

Dated: April 25, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam James Peters apeters@littler.com
Alan Sam Levins alevins@littler.com
Duane B. Beeson dbeeson@beesontayer.com
Kimberly Lynn Owens kowens@littler.com
Lisa W. Pau lpau@beesontayer.com
Peder J. Thoreen pthoreen@altshulerberzon.com
Peter D. Nussbaum pnussbaum@altshulerberzon.com
Rebekah B. Evenson revenson@altshulerberzon.com

**Dated:  April 25, 2007**                              **Richard W. Wieking, Clerk**

**By:  /s/ JW Chambers**
       **Elizabeth Garcia**
       **Courtroom Deputy**