**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Granite Rock Company, | NO. C 04-02767 JW |
| Plaintiff, | **ORDERING DENYING PLAINTIFF'S RULE 50 MOTION** |
| v. | |
| Teamsters Local 287, | |
| Defendant. | |

For the reasons stated on the record, the Court DENIED Plaintiff's Rule 50 Motion.

Dated: May 16, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**
Adam James Peters apeters@littler.com
Alan Sam Levins alevins@littler.com
Duane B. Beeson dbeeson@beesontayer.com
Kimberly Lynn Owens kowens@littler.com
Lisa W. Pau lpau@beesontayer.com
Peder J. Thoreen pthoreen@altshulerberzon.com
Peter D. Nussbaum pnussbaum@altshulerberzon.com
Rebekah B. Evenson revenson@altshulerberzon.com

Dated: May 16, 2007                    Richard W. Wieking, Clerk

                                       By:  /s/ JW Chambers
                                            Elizabeth Garcia
                                            Courtroom Deputy

**United States District Court**
For the Northern District of California