IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Granite Rock Company, | NO. C 04-02767 JW |
| Plaintiff, | **ORDER ADMINISTRATIVELY CLOSING CASE** |
| v. | |
| International Brotherhood of Teamsters, Freight, Construction, General Drivers, Warehouseman and Helpers, Local 287, | |
| Defendant. | |

On November 15, 2007, the Court conducted a telephonic case management conference. The parties were represented by their respective counsel. Based on the discussion at the conference, the Court orders as follows:

(1) Since there are no further substantive or dispositive matters pending before the Court in the above entitled case, the Clerk shall administratively close this file pending the cross-appeals currently before the Ninth Circuit.

(2) The parties have stipulated to staying arbitration pending appeal. Since the timing of arbitration is essential under the parties' control, the Court need not address this issue.

(3) The November 19, 2007 Status Conference is VACATED.

Dated: November 15, 2007

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam James Peters apeters@littler.com
Alan Sam Levins alevins@littler.com
Duane B. Beeson dbeeson@beesontayer.com
Kimberly Lynn Owens kowens@littler.com
Lisa W. Pau lpau@beesontayer.com
Peder J. Thoreen pthoreen@altshulerberzon.com
Peter D. Nussbaum pnussbaum@altshulerberzon.com
Rebekah B. Evenson revenson@altshulerberzon.com

**Dated:  November 15, 2007**                              **Richard W. Wieking, Clerk**

                                                  **By:  /s/ JW Chambers**
                                                        **Elizabeth Garcia**
                                                        **Courtroom Deputy**

**United States District Court**
For the Northern District of California