IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY, | NO. C 04-02767 JW |
| Plaintiff(s), <br> v. | **ORDER SETTING CASE MANAGEMENT CONFERENCE IN LIGHT OF NINTH CIRCUIT REMAND** |
| TEAMSTERS LOCAL 287 INTERNATIONAL BROTHERHOOD OF TEAMSTERS, FRIGHT, CONSTRUCTION, GENERAL DRIVERS, WAREHOUSEMEN & HELPERS, | |
| Defendant(s). | |

In light of the Ninth Circuit Court of Appeals' remand, the Court sets a Case Management Conference for **March 9, 2009 at 10:00 AM** (30 days from date of remand). On or before **February 27, 2009** (10 days from conference), the parties shall file a Joint Case Management Statement. The Statement shall include, among other things, the parties' position with respect to the next stage of the litigation in light of the remand, and a proposed schedule to advance the case.

Dated: February 3, 2009

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Duane B. Beeson dbeeson@beesontayer.com, eaviva@beesontayer.com
Rebekah B. Evenson revenson@prisonlaw.com, edegraff@prisonlaw.com
Alan Sam Levins alevins@littler.com, Ryee@littler.com
Peter David Nussbaum pnussbaum@altshulerberzon.com, dloranger@altshulerberzon.com
Kimberly Lynn Owens kowens@littler.com, Llew@littler.com
Lisa Win-Ning Pau lpau@beesontayer.com, bholton@beesontayer.com ,efuentes@beesontayer.com
Adam James Peters apeters@littler.com, lpeterson@littler.com ,alevins@littler.com
Peder J. Thoreen pthoreen@altshulerberzon.com, lbailey@altshulerberzon.com

Dated:  February 3, 2009          Richard W. Wieking, Clerk


                                  By:    /s/ JW Chambers
                                         Elizabeth Garcia
                                         Courtroom Deputy

**United States District Court**
For the Northern District of California