*IT IS SO ORDERED AS MODIFIED*
/s/ James Ware
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEAMSTERS LOCAL 287 &<br>INTERNATIONAL BROTHERHOOD OF<br>TEAMSTERS,<br><br>Defendants. | Case No. C-04-2767-JW<br><br>[PROPOSED] ORDER STAYING COMPLIANCE WITH THE REMAND ORDER AND MANDATE OF THE NINTH CIRCUIT PENDING PETITION FOR WRIT OF CERTIORARI<br><br>Hearing date:   March 9, 2009<br>Time:           10:00 a.m.<br>Courtroom:      8<br>Judge:          Honorable James Ware |

The Court having been informed by counsel for both parties that Plaintiff intends to petition the United States Supreme Court for a Writ of Certiorari; counsel for both parties having requested the Court to issue an order staying compliance with the remand Order and Mandate of the Ninth Circuit Court of Appeals; and good cause having been shown:

IT IS ORDERED THAT, upon stipulation of the parties, compliance with the remand Order and Mandate of the Ninth Circuit Court of Appeals in this case is stayed until final disposition of Plaintiff's anticipated Petition for Writ of Certiorari to the United States Supreme Court, or through March 30, 2009, in the event that such petition is not filed on or before that date.

Accordingly, the Ninth Circuit Mandate shall be STAYED up to **April 3, 2009**. On or before **April 13, 2009 at 10 a.m.**, the parties shall appear for a Status Conference. On or before **April 3, 2009**, the parties shall file a Joint Status Statement, in which they shall apprise the Court of the status of Plaintiff's anticipated petition for writ of certiorari. If Plaintiff files such a petition, as proposed, the Court will stay all proceedings in this matter and vacate the April 13 Case Management Conference.

Dated: March 5, 2009

_____
JAMES WARE
United States District Judge

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100

[PROPOSED] ORDER STAYING CASE
MANAGEMENT CONFERENCE
CASE NO. C-04-2767-JW