UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GRANITE ROCK COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>TEAMSTERS LOCAL 287 &<br>INTERNATIONAL BROTHERHOOD OF TEAMSTERS,<br><br>Defendants. | Case No. C-04-2767-JW<br><br>[PROPOSED] ORDER STAYING COMPLIANCE WITH THE REMAND ORDER AND MANDATE OF THE NINTH CIRCUIT PENDING PETITION FOR WRIT OF CERTIORARI<br><br>Hearing date:   April 13, 2009<br>Time:           10:00 a.m.<br>Courtroom:      8<br>Judge:          Honorable James Ware |

**IT IS SO ORDERED AS MODIFIED**
*James Ware*
Judge James Ware

The Court having been informed by counsel for both parties that Plaintiff has petitioned the United States Supreme Court for a Writ of Certiorari; counsel for both parties having requested the Court to issue an order staying compliance with the remand Order and Mandate of the Ninth Circuit Court of Appeals; and good cause having been shown:

IT IS ORDERED THAT, upon stipulation of the parties, compliance with the remand Order and Mandate of the Ninth Circuit Court of Appeals in this case is stayed until final disposition of Plaintiff's anticipated Petition for Writ of Certiorari to the United States Supreme Court.

IT IS FURTHER ORDERED THAT, the April 13, 2009 case management conference of this case shall be postponed until further notice by this Court.

**Any party may move to lift the stay by filing the appropriate motion pursuant to the Civil Local Rules of the Court.**

Dated: April 7, 2009

_____
HONORABLE JAMES WARE
Judge of the United States District Court
for the Northern District of California

Firmwide:89280900.1 001511.1110

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
214.880.8100

[PROPOSED] ORDER STAYING CASE MANAGEMENT CONFERENCE
CASE NO. C-04-2767-JW