1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Granite Rock Co.,                                    NO. C 04-02767 JW

                    Plaintiff,        **ORDER VACATING CASE**
        v.                            **MANAGEMENT CONFERENCE;**
                                      **SCHEDULING MOTIONS HEARING**
Teamsters Local 287, et al.,

                    Defendants.
_____/

        This case is scheduled for a Case Management Conference on September 12, 2011.  Pursuant

to the Federal Rules of Civil Procedure and the Local Rules of this Court, the parties duly conferred

and submitted a Joint Case Management Statement. (See Docket Item No. 424.)  In the Statement

Defendant International states that it will file a Motion by the end of October asking the Court to

find that Plaintiff abandoned any and all contractual claims that it could have pleaded against

Defendant International and thus nothing remains before this Court to litigate.  Id.  Accordingly,

Defendant International asks that no further action be taken with regards to this case until the Court

rules on the anticipated Motion.  Defendant Teamsters Local 287 states that it intends to file a

petition for certiorari to the Unites State Supreme Court seeking review of the Ninth Circuit's ruling

in this case and asks that the Court takes no further action until the Supreme Court addresses the

petition.  Id.

        Upon review, the Court finds that a hearing should be set to consider the Motion by

Defendant International.  Further, the Court finds that is it not necessary to stay this action pending

the result of the anticipated petition for certiorari; any party can move for a stay in the event that

certiorari is granted.  Accordingly, the Court VACATES the September 12 Case Management

Conference.  The Court sets **December 12, 2011 at 9 a.m.** as a hearing date for Defendant

International's anticipated Motion to Dismiss.  Defendant International shall notice and brief its

Motion in accordance with the Civil Local Rules of the Court.

Dated:  September 7, 2011

_____
JAMES WARE
United States District Chief Judge

United States District Court

For the Northern District of California

2

**United States District Court**
For the Northern District of California

1   **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2

3   Adam James Peters apeters@littler.com

4   Alan Sam Levins alevins@littler.com

5   Duane B. Beeson dbeeson@beesontayer.com

6   Kimberly Lynn Owens kowens@winlaw.com

7   Lisa Win-Ning Pau lpau@beesontayer.com

8   Peder J. Thoreen pthoreen@altshulerberzon.com

9   Peter David Nussbaum pnussbaum@altshulerberzon.com

10  Rebekah B. Evenson revenson@altshulerberzon.com

11  Robert Bonsall rbonsall@beesontayer.com

12  Shannon Marie Gibson sgibson@littler.com

13

14

15  **Dated:  September 7, 2011**                **Richard W. Wieking, Clerk**

16

17

18                                             **By:     /s/ JW Chambers**

19                                                  **Susan Imbriani**

20                                                  **Courtroom Deputy**

21

22

23

24

25

26

27

28