IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Granite Rock Co., | NO. C 04-02767 JW |
|     Plaintiff, | **JUDGMENT** |
| v. | |
| Teamsters Local 287, et al., | |
|     Defendants. | |

Pursuant to the Court's December 14, 2011 Order Granting Defendant International Brotherhood of Teamsters' Motion for a Terminating Order, judgment is entered in favor of Defendant International Brotherhood of Teamsters against Plaintiff Granite Rock Company.

Each party shall bear their own fees and costs. The Clerk shall close this file.

Dated: December 14, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Adam James Peters apeters@littler.com
Alan Sam Levins alevins@littler.com
Duane B. Beeson dbeeson@beesontayer.com
Garry George Mathiason gmathiason@littler.com
Kimberly Lynn Owens kowens@winlaw.com
Lisa Win-Ning Pau lpau@beesontayer.com
Peder J. Thoreen pthoreen@altshulerberzon.com
Peter David Nussbaum pnussbaum@altshulerberzon.com
Rachelle Lee Wills rwills@littler.com
Rebekah B. Evenson revenson@altshulerberzon.com
Robert Bonsall rbonsall@beesontayer.com
Shannon Marie Gibson sgibson@littler.com

Dated:  December 14, 2011              **Richard W. Wieking, Clerk**

                                       **By:     /s/ JW Chambers**
                                       **        Susan Imbriani**
                                       **        Courtroom Deputy**

United States District Court
For the Northern District of California