1  GARRY G. MATHIASON, Bar No. 051119
   gmathiason@littler.com
2  ALAN S. LEVINS, Bar No. 57612
   alevins@littler.com
3  RACHELLE L. WILLS, Bar No. 257471
   rwills@littler.com
4  SHANNON M. GIBSON, Bar No. 256634
   sgibson@littler.com
5  LITTLER MENDELSON, P.C.
   650 California Street
6  20th Floor
   San Francisco, California 94108.2693
7  Telephone:   415.433.1940
   Facsimile:   415.399.8490
8
   Attorneys for Plaintiff
9  GRANITE ROCK COMPANY

10

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

15

16  GRANITE ROCK COMPANY,              Case No. C 04 02767 JW

17              Plaintiff,

18       v.                            **STIPULATION FOR VOLUNTARY
                                       DISMISSAL OF CASE AND
19  INTERNATIONAL BROTHERHOOD OF       ARBITRATION**
    TEAMSTERS, FREIGHT,
20  CONSTRUCTION, GENERAL
    DRIVERS, WAREHOUSEMEN AND
21  HELPERS, LOCAL 287 (AFL-CIO), and
    DOES 1 through 20, inclusive,
22
                Defendants.
23

24

25            IT IS HEREBY STIPULATED by Plaintiff Granite Rock Company and Defendant

26  International Brotherhood of Teamsters Local 287 (collectively, the "Parties"), by and through their

27  counsel of record, that the above-captioned case, including the Arbitration ordered by the Court, be

28

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR VOLUNTARY
DISMISSAL OF CASE AND ARBITRATION                     Case No. C 04 02767 JW

dismissed in its entirety with prejudice, as the Parties have reached a mutually acceptable resolution of the litigation between them.

The Parties agree and represent that:

1. Counsel, whose signatures appear on this stipulation, have the authority of their clients to enter into this stipulation and to dismiss the appeals in these actions.

2. Each of the Parties will bear its own costs and attorneys fees.

SO STIPULATED

Dated: Feb 8, 13

Respectfully submitted,

By: _____
Alan S. Levins
Littler Mendelson, PC
Attorneys for Plaintiff
Granite Rock Company

Dated: 2/14/13

TEAMSTERS UNION LOCAL NO. 287

By: _____
Robert Bonsall
Beeson, Tayer & Bodine
Attorneys for Defendant
International Brotherhood of Teamsters

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR VOLUNTARY
DISMISSAL OF CASE AND ARBITRATION

2.

Case No. 04 02767 JW

ORDER

Pursuant to the attached Stipulation, it is hereby ORDERED that the Arbitration in this case is dismissed in its entirety, as the Parties have reached a mutually acceptable resolution of the litigation between them. Pursuant to the agreement set out in this Stipulation, costs on appeal as between these parties are not awarded to any party and each of the Parties will bear its own attorneys' fees and costs.

Dated: February __26__, 2013

JUDGE OF THE UNITED STATES
DISTRICT COURT

Firmwide:117639444.1 001511.1148

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA 94108.2693
415.433.1940

STIPULATION FOR VOLUNTARY
DISMISSAL OF CASE AND ARBITRATION

3.

Case No. 04 02767 JW